**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   15-10611 |
| Plaintiff-Appellee, | D.C. No. 4:14-cr-01426-JGZ |
| v. | |
| J. JESUS OCEGUEDA-OCEGUEDA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted January 18, 2017[**]

Before:    TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

J. Jesus Ocegueda-Ocegueda appeals from the district court's judgment and

challenges his bench-trial conviction and 57-month concurrent sentences for

conspiracy to possess with intent to distribute and possession with intent to

distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C),

---

[*]       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]       The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

and 846; and conspiracy to import and importation of methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(3), and 963.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ocegueda-Ocegueda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Ocegueda-Ocegueda the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**